**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 07-3139M |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Sergio Armando Ozuna-Lizarraga; Jose Francisco Gutierrez-Hernandez; Oscar Ricardo Flores-Salazar; Bernardo Soto-Morales, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On March 30, 2007, the Government filed a Motion to Release Material Witnesses, seeking an order releasing the material witnesses from custody in this case and requesting that the video depositions currently scheduled for Thursday, April 5, 2007, be vacated. (docket # 8)  The Court entered an order on Monday, April 2, 2007, that Defendants timely respond to the Government's motion by 4:00 p.m. today if any defendant objected to the granting of the subject motion. (docket # 11)  The April 2, 2007 Order was docketed on the District Court's electronic file on Monday, April 2, 2007 at 3:34 p.m.

There being no written objection timely filed and good cause appearing,

**IT IS ORDERED** that the Government's Motion to Release Material Witnesses (docket # 8) is **GRANTED** and hereby vacating the material witnesses' video depositions currently scheduled for Thursday, April 5, 2007.

1  **IT IS FURTHER ORDERED** releasing the material witnesses from the
2  custody of the United States Marshal Service.
3  DATED this 3rd day of April, 2007.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge